AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tyler Sebastian Haway,<br>*Plaintiff,*<br>v.<br>Southern Health Partners; and Dr. Gary Sellman,<br>in his official capacity as jail physician,<br>*Defendants,* | Civil Action No.   0:14-cv-01773-TMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Tyler Sebastian Haway, shall take nothing of the defendants, Southern Health Partners and Dr. Gary Sellman, and this action is dismissed with prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Timothy M. Cain, United States District Judge, presiding. The Court dismissed the complaint with prejudice for failure prosecute.


Date:   December 12, 2014                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                                            s/G. Mills
                                                                            *Signature of Clerk or Deputy Clerk*